IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH MILLS,

    Plaintiff,                      No. CIV S-05-0218 DFL KJM P

    vs.

COUNTY OF SAN JOAQUIN, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action under 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis under 28 U.S.C. § 1915.

        On April 7, 2005, the court issued findings and recommendations, recommending the action be dismissed because petitioner had not supported his request to proceed in forma pauperis with a certified copy of his institutional trust account statement.

        On May 20, 2005, plaintiff filed objections to the findings and recommendations and a new request to proceed in forma pauperis, using a Northern District of California form.

        Plaintiff has not provided a certificate of the amount of funds available to him, completed by plaintiff's institution of incarceration.  Also, plaintiff has not filed a certified copy of his institutional trust account statement for the six month period immediately preceding the

filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided another opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

Plaintiff complains that he was a patient at a state hospital, not a prisoner, and suggests he should not be required to comply with the requirements for an in forma pauperis application submitted by a prisoner.  Plaintiff was sent to a state hospital because his competence to stand trial was in question, according to his own pleading.  The state hospital referral is not a civil commitment, but a special form of pretrial detention related to the underlying criminal proceedings.  People v. Waterman, 42 Cal.3d 565, 569 (1986).  Accordingly, plaintiff must comply with the requirements of 28 U.S.C. § 1915 (a)(2).

In accordance with the above, IT IS HEREBY ORDERED that:

1. The findings and recommendations of April 7, 2005 are hereby vacated.

2. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court;

3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

4. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED:  May 25, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2/kf mill0218.3c+n