1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KENNETH MILLS,

11             Plaintiff,                    No. CIV S-05-0218 DFL KJM P

12        vs.

13   COUNTY OF SAN JOAQUIN, et al.,

14             Defendants.            FINDINGS AND RECOMMENDATIONS

15   _____/

16             By an order filed May 26, 2005, plaintiff was ordered to file a completed affidavit

17   in support of his request to proceed in forma pauperis with a certified copy of his prison trust

18   account statement for the six month period immediately preceding the filing of his complaint

19   within thirty days and was cautioned that failure to do so would result in a recommendation that

20   this action be dismissed.  The thirty day period has now expired, and plaintiff has not responded

21   to the court's order and has not filed a completed affidavit in support of his request to proceed in

22   forma pauperis with a certified copy of his prison trust account statement for the six month

23   period immediately preceding the filing of his complaint.  Accordingly, IT IS HEREBY

24   RECOMMENDED that this action be dismissed without prejudice.

25             These findings and recommendations are submitted to the United States District

26   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

1

1  days after being served with these findings and recommendations, any party may file written

2  objections with the court and serve a copy on all parties.  Such a document should be captioned

3  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

4  shall be served and filed within ten days after service of the objections.  The parties are advised

5  that failure to file objections within the specified time may waive the right to appeal the District

6  Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

7  DATED:  August 5, 2005.

8

9  _____
   UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14  2
    mill0218.fifp

15

16

17

18

19

20

21

22

23

24

25

26